1
2
3         **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**
4
5    **UNITED STATES OF AMERICA,**
6              **Plaintiff,**                    **Case No. CR05-5476**
7         v.                                     **INITIAL ORDER RE:
                                                 ALLEGATIONS OF
8    **STEELY MC GRATH,**                        VIOLATION OF
                                                 CONDITIONS OF
9              **Defendant.**                    SUPERVISION**
10
11
12   **THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of her bond/supervision.
13   The plaintiff appears through Assistant United States Attorney, MICHAEL DION;
14   The defendant appears personally and represented by counsel, JUDITH MANDEL;
15   The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, as follows: (1) failing to clear outstanding warrants; (2) failing to submit to drug and alcohol testing on October 20, 2005; (3) operating a motor vehicle without liability insurance and without a valid operator's license on October 22, 2005; (4) failing to report contact with Elma Police Department on October 22, 2005; and (5) failing to submit to drug and alcohol testing on October 24, 2005; and the defendant has been advised of the allegation(s) as well as her right to a hearing and the potential sanctions if found to be in violation.
16
17
18
19   The defendant freely and voluntarily acknowledged violations (1), (2), and (5) as set forth above. The court having heard the arguments of counsel, revokes the defendants bond WITHOUT PREJUDICE, – REVIEW HEARING: MONDAY, NOVEMBER 7, 2005 AT 10:30 A.M.
20
21   **IT IS ORDERED** that the defendant be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.
22
23   The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.
24
25                                        **October 31, 2005.**
26
27                                        _/s/ J. Kelley Arnold_____
                                          **J. Kelley Arnold, U.S. Magistrate Judge**
28

ORDER
Page - 1