1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEELY McGRATH,

Defendant.

CASE NO.CR05-5417RBL

ORDER GRANTING
CONTINUANCE OF
TRIAL DATE

The defendant orally moved to continue the trial date. The government has no objection. For the reasons orally stated, on the record, the motion is GRANTED and the Trial Date is **CONTINUED to FEBRUARY 27, 2006 at 9:00 a.m.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **JULY 11, 2005 to OCTOBER 24, 2005** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

///
///
///

ORDER -1

1

2

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **FEBRUARY 27, 2006 at 9:00 a.m.**

3

The Pretrial Conference is rescheduled for **FEBRUARY 22, 2006 at 9:00 a.m.**

4

The Motions Cutoff date is extended to **JANUARY 17, 2006.**

5

6

7

IT IS SO ORDERED this 9th day of November, 2005.

8

9

10

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER -2