|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA** |

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.

**STEELY MC GRATH,**

        Defendant.

**Case No. CR05-5746**

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

    **THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision by (1) filing to clear outstanding warrants; (2) using methamphetamine November 25, and November 22, 2005; (3) failing to call the automated drug line November 8, 16, 17, 23, 25, 30, and December 2, 6, 7, 8, and 13, 2005; (4) failing to actively seek employment; (5) using methamphetamine December 1` and December 6; and (6) failing to call the automated drug line December 15, 21, and w27, 2005.

    The plaintiff appears through Assistant United States Attorney, MICHAEL DION;

    The defendant appears personally and represented by counsel, ZENON OLBERTZ for JUDITH MANDEL

    The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge    .

        *Date of hearing:*    *JANUARY 5, 2006*

        *Time of hearing:*    9:00 A.M.

    **IT IS ORDERED** that the defendant:

    (  ) Be released on an appearance bond, subject to the terms and conditions set forth thereon.

    ( x ) Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

    The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

            December 29, 2005.

            */s/ J. Kelley Arnold*
            **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1