## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    **Plaintiff,**<br><br>          v.<br><br>**STEELY MC GRATH,**<br><br>                    **Defendant.** | **Case No. CR05-5476RBL**<br><br>**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision under bond.

The plaintiff appears through Assistant United States Attorney, RONALD FRIEDMAN.

The defendant appears personally and represented by counsel, JUDITH MANDEL

The defendant having been advised of her rights acknowledges violating the conditions of her bond as set forth in allegation (5) using Methamphetamine on or about December 1 and 6, 2005.

The defendant has entered a plea of guilty; subject to acceptance of that plea by the Honorable Ronald B. Leighton.  <u>Sentencing is scheduled for March 31, 2006 at 9:30 a.m.</u>

**IT IS ORDERED** that the defendant's bond be revoked and that she be detained for failing to show that he/she will not flee or pose a danger to any other person   or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.  The foregoing is without prejudice to review.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                                        **January 5, 2006.**


                                         */s/ J. Kelley Arnold*_____
                                        **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1